UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DENISE REMHOF, Plaintiff, -v- CHEGG, INC., Defendant. | : | 25-CV-7441 (JMF) ORDER |

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- **No later than September 18, 2026**, Defendant shall cure any and all discovery deficiencies and provide any information necessary regarding its search methodology. The remedy for any deficiencies that remain after that date will be sanctions.

- Any motion for sanction shall be filed **no later than October 19, 2026**. Defendant shall file any motion for summary judgment **by the same date**. Unless otherwise ordered by the Court, any opposition to either motion must be filed **two weeks after the motion is filed**, and any reply must be filed **one week after any opposition**.

SO ORDERED.

Dated: September 10, 2026
New York, New York

JESSE M. FURMAN
United States District Judge